

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

Case Number  N/A **CR 14 00208**          Defendant Number  2

U.S.A. v.  _____ Johnson and Robert Kirsch          Year of Birth  1983

[✓] Indictment          [ ] Information          Investigative agency (FBI, DEA, etc.)  FBI

**NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A."**

## OFFENSE/VENUE

a. Offense charged as a :

[ ] Class A Misdemeanor     [ ] Minor Offense     [ ] Petty Offense
[ ] Class B Misdemeanor     [ ] Class C Misdemeanor     [✓] Felony

b. Date of Offense  June 17, 2013

c. County in which first offense occurred

Santa Barbara

d. The crimes charged are alleged to have been committed in:

CHECK **ALL** THAT APPLY

[ ] Los Angeles          [ ] Ventura
[ ] Orange               [✓] Santa Barbara
[ ] Riverside            [ ] San Luis Obispo
[ ] San Bernardino       [ ] Other _____

Citation of Offense  18 U.S.C. Section 242; 18 U.S.C. Section 1512(b)(3)

## RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?  [✓] No   [ ] Yes

IF YES   Case Number  N/A

Pursuant to Section 11 of General Order 08-05, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any: **MUST MATCH NOTICE OF RELATED CASE**  N/A

## PREVIOUSLY FILED COMPLAINT

A complaint was previously filed on: N/A

Case Number  N/A

Charging _____

The complaint:     [ ] is still pending
                   [ ] was dismissed on:  N/A

## PREVIOUS COUNSEL

Was defendant previously represented?   [ ] No   [ ] Yes

IF YES, provide, Name:  N/A

Phone Number: _____

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
[ ] Yes*     [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*     [✓] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

## Superseding Indictment/Information

**IS THIS A NEW DEFENDANT?**     [ ] Yes     [ ] No

This is the  N/A  superseding charge, i.e. 1st, 2nd.

The superseding case was previously filed on:
N/A

Case Number

The superseded case:

[ ] is still pending before Judge/Magistrate Judge

N/A

[ ] was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
[ ] Yes*     [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*     [✓] No

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CASE SUMMARY**

Was a Notice of Complex Case filed on the Indictment or Information?
☐ Yes   ☑ No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

Is an interpreter required?   ☐ YES   ☑ NO
IF YES, list language and/or dialect:
N/A

**OTHER**
☑ Male   ☐ Female
☑ U.S. Citizen   ☐ Alien
Alias Name(s)   N/A

This defendant is charged in:   ☐ All counts
☑ Only counts: ONE
☐ This defendant is designated as "High Risk" per 18 USC § 3146 (a)(2) by the U.S. Attorney.
☐ This defendant is designated as "Special Case" per 18 USC § 3166 (b)(7).

Is defendant a juvenile?   ☐ Yes   ☑ No
IF YES, should matter be sealed?   ☐ Yes   ☑ No

The area of substantive law that will be involved in this case includes:
☐ financial institution fraud   ☐ public corruption
☐ government fraud   ☐ tax offenses
☐ environmental issues   ☐ mail/wire fraud
☐ narcotics offenses   ☐ immigration offenses
☐ violent crimes/firearms   ☐ corporate fraud
☑ Other   Civil Rights violations

**CUSTODY STATUS**
Defendant is **not** in custody:
a. Date and time of arrest on complaint:   N/A
b. Posted bond at complaint level on:   N/A
   in the amount of $ N/A
c. PSA supervision?   ☐ Yes   ☑ No
d. Is on bail or release from another district:
   N/A

Defendant is **in** custody:
a. Place of incarceration:   ☐ State   ☐ Federal
b. Name of Institution:   N/A
c. If Federal: U.S. Marshal's Registration Number:
   N/A
d. ☐ Solely on this charge. Date and time of arrest:
   N/A
e. On another conviction:   ☐ Yes   ☐ No
   IF YES:   ☐ State   ☐ Federal   ☐ Writ of Issue
f. Awaiting trial on other charges: :   ☐ Yes   ☐ No
   IF YES:   ☐ State   ☐ Federal   AND
   Name of Court:
Date transferred to federal custody:
This person/proceeding is transferred from another district pursuant to F.R.Cr.P.   20   21   40

**EXCLUDABLE TIME**
Determinations as to excludable time prior to filing indictment/information. EXPLAIN:

Date   April 9, 2014

Signature of Assistant U.S. Attorney
Lawrence S. Middleton
Print Name

CR-72 (2/14)                    CASE SUMMARY                    Page 2 of 2