FILED

2014 APR 11  AM 10: 14

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA V. Robert Kirsch | PLAINTIFF DEFENDANT | CASE NUMBER: CR 14 00208-2 REPORT COMMENCING CRIMINAL ACTION |
|---|---|---|

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 4/11/14, 9:00  ☒ AM  ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  ☐ Yes  ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  ☒ Yes  ☐ No

4. Charges under which defendant has been booked:
USC 18 Sec. 242; 2(a) Deprivation Under Col; Aiding + Abetting

5. Offense charged is a:  ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required:  ☒ No  ☐ Yes  Language: _____

7. Year of Birth: 1953

8. Defendant has retained counsel:  ☐ No  ☒ Yes  Name: William Hadden  Phone Number: 310 650 1737

9. Name of Pretrial Services Officer notified: _____

10. Remarks (if any): _____

11. Name: Anne Wetzel (please print)

12. Office Phone Number: 310 864 7199

13. Agency: FBI

14. Signature: [signature]

15. Date: 4/11/14

CR-64 (2/14)                REPORT COMMENCING CRIMINAL ACTION