UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES - GENERAL

| Case No. | CR 14-00208-BRO | Date | May 18, 2015 |
|---|---|---|---|

| Present: The Honorable | BEVERLY REID O'CONNELL, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | N/A |

| Renee Fisher | Myra Ponce | Lawrence S Middleton, AUSA |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Christopher Johnson | √ | | √ | 1) Robert Rabe  1) Michael Stone | √  √ | | √  √ |
| 2) Robert Kirsh | √ | | √ | 2) William Joseph Hadden | √ | | √ |

**Proceedings:** STATUS CONFERENCE (Held and Completed)

Matter called. Counsel state their appearances for the record. The matter remains set for jury trial on **Tuesday, June 16, 2015** at **8:30 a.m.** A final status conference is set for **Monday, June 8, 2015**, at **9:00 a.m.**

As discussed in court and on the record, defendant's motion as to the interviews of law enforcement witnesses is to be filed no later than May 22, 2015; any opposition is to be filed by May 27, 2015; any reply is to be filed no later than May 29, 2015; and, the hearing will be set for **June 1, 2015 at 9:00 a.m.**

Counsel are **ORDERED** to inform the Court if a resolution occurs.

IT IS SO ORDERED.

|  | 00 | : | 08 |
|---|---|---|---|

Initials of Deputy Clerk   rf