1  STEPHANIE YONEKURA
   Acting United States Attorney
2  ROBERT E. DUGDALE
   Assistant United States Attorney
3  Chief, Criminal Division
   LAWRENCE S. MIDDLETON (Cal. Bar No. 157866)
4  Assistant United States Attorney
   Chief, Public Corruption & Civil Rights Section
5  Assistant United States Attorney
   Public Corruption & Civil Rights Section
6       1300 United States Courthouse
        312 North Spring Street
7       Los Angeles, California 90012
        Telephone:  (213) 894-5010
8       Facsimile:  (213) 894-6436
        E-mail: lawrence.middleton@usdoj.gov
9
   Attorneys for Plaintiff
10 UNITED STATES OF AMERICA

11
                       UNITED STATES DISTRICT COURT
12
                  FOR THE CENTRAL DISTRICT OF CALIFORNIA
13
   UNITED STATES OF AMERICA,          No. CR 14-208-BRO
14
             Plaintiff,               [PROPOSED ORDER]
15
                  v.
16
   CHRISTOPHER JOHNSON and
17 ROBERT KIRSCH,

18           Defendants.

19
        FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that the
20
   government's ex parte application for an order allowing the filing
21
   of its response to defendant Christopher Johnson's motion for an
22
   order allowing access to witnesses one day late is granted.  The
23
   government's response shall be filed no later than May 28, 2015.
24

25

26
   _____        _____
   DATE                            HONORABLE BEVERLY REID O'CONNELL
27                                 UNITED STATES DISTRICT JUDGE

28