UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 14-00208-BRO | Date | June 1, 2015 |
|---|---|---|---|

| Present: The Honorable | **BEVERLY REID O'CONNELL, UNITED STATES DISTRICT JUDGE** |
|---|---|
| Interpreter | N/A |

| Renee Fisher | Myra Ponce | Lawrence S Middleton, AUSA |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Christopher Johnson | √ | | √ | 1) Robert Rabe | √ | | √ |
| 2) Robert Kirsh | √ | | √ | 2) William Joseph Hadden | √ | | √ |

**Proceedings:**   MOTION HEARING (Held and Completed)

MOTION FOR ORDER ALLOWING ACCESS TO WITNESS (filed 5/22/2015)[39]

Matter called.  Counsel state their appearances for the record.  Also appearing via telephone is Mary Pat Barry, Attorney for the County of Santa Barbara.  Court questions counsel as stated in court and on the record on above motion and invites counsel to present their oral arguments.  Arguments by counsel are heard.   The Court GRANTS the Motion and will issue a Protective Order.

The matter remains set for jury trial on **Tuesday, June 16, 2015** at **8:30 a.m.**  A final status conference is set for **Monday**, **June 8, 2015**, at **9:00 a.m.**

Counsel are **ORDERED** to inform the Court if a resolution occurs.

IT IS SO ORDERED.

|  | 00 | : | 30 |
|---|---|---|---|

Initials of Deputy Clerk  rf

cc: May Pat Barry, via email by CRD